IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02038-AP

SCOTT L. BECKHAM,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Rick P. Sauer, Esq.
700 Macon Ave.
Canon City, CO 81212
Telephone: (719) 275-7591/Fax: (719) 275-6165
ricksauer@msn.com

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Debra Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0812/Fax: (303) 844-0770
debra.meachum@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 10/14/05
    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 12/27/05
    C.    **Date Answer and Administrative Record Were Filed:**  2/27/06

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states:**    To the best of his knowledge, the record is complete.
    **Defendant states:**  To the best of her knowledge, the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:**    None anticipated.
    **Defendant states:**  None anticipated.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states:**   To the best of his knowledge, this case does not involve unusual claims or defenses.
    **Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.    OTHER MATTERS**

    **Plaintiff states:**    None anticipated.
    **Defendant states:**  None anticipated.

**8.    PROPOSED BRIEFING SCHEDULE**
Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after filing of this Joint Case Management Plan, as follows:

    A.    **Plaintiff's Opening Brief Due:**    June 9, 2006.
    B.    **Defendant's Response Brief Due:** July 10, 2006.
    C.    **Plaintiff's Reply Brief Due:**       July 25, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:**.   Oral argument not requested.
   B.   **Defendant's Statement:**  Oral argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

   DATED this <u>20th</u> day of <u>March</u>, 2006.

                                        BY THE COURT:


                                         S/John L. Kane
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Rick P. Sauer, Esq. 3/20/06 <br> Rick P. Sauer, Esq. <br> 700 Macon Ave. <br> Canon City, CO 81212 <br> (719) 275-7591 (telephone) <br> (719) 275-6165 (fax) <br> ricksauer@msn.com <br><br> Attorney for Plaintiff.. | WILLIAM J. LEONE <br> United States Attorney <br><br> KURT J. BOHN <br> Assistant U.S. Attorney <br> kurt.bohn@usdoj.gov <br><br> By:  s/Debra J. Meachum 3/20/06 <br> Debra J. Meachum <br> Special Assistant U.S. Attorney <br> 1961 Stout Street, Suite 1001A <br> Denver, Colorado  80294 <br> Telephone:  (303) 844-0812 <br> debra.meachum@ssa.gov <br><br> Attorneys for Defendant. |