IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02038-RPM

SCOTT L. BECKHAM,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M.V. Wentz
 Secretary


    This action is scheduled for oral argument commencing at **2:00 p.m. on September 7, 2006, in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.**



Dated:   August 31, 2006