IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02038-RPM

SCOTT L. BECKHAM,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____

ORDER AWARDING ATTORNEY'S FEES
_____

Upon consideration of the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) filed on September 28, 2006,  it is

ORDERED that the plaintiff is awarded attorney's fees in the amount of $5,500.00.

DATED: October 2, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge